UNITED STATES DISTRICT COURT          **JS-6**
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 20-4733-DMG (MAAx)** | Date | December 29, 2020 |
|---|---|---|---|

| Title | *Shedra Seward v. Marvin Engineering Co., Inc., et al.* |
|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:  IN CHAMBERS - ORDER AND NOTICE TO PARTIES**

On December 17, 2020, the Court ordered Plaintiff to show cause in writing, no later than December 28, 2020, why the above-entitled action should not be dismissed for failure to prosecute.  To date, Plaintiff has not filed a response.

Accordingly, good cause appearing, the Court **DISMISSES** this action without prejudice under Federal Rule of Civil Procedure 4(m) for failure to prosecute.

IT IS SO ORDERED.