JS-6

**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHEDRA SEWARD, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARVIN ENGINEERING CO. INC., a California Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 20-4733-DMG (MAAx)<br><br>**ORDER RE: STIPULATION OF DISMISSAL OF PLAINTIFF, SHEDRA SEWARD'S INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE [26]** |

Pursuant to the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff Shedra Seward's individual claims are dismissed with prejudice and class claims are dismissed without prejudice as to all causes of action and as to the entirety of the complaint. The parties shall bear their own respective fees and costs. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: October 13, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE